The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. James Edward Mercer
   v. Commonwealth of Virginia
   Record No. 1897-14-2
   Opinion rendered by Judge Humphreys on
   March 22, 2016

2. Juan Daniel Vaca Diez Nunez
   v. Commonwealth of Virginia
   Record No. 0221-15-4
   Opinion rendered by Judge McCullough on
   March 22, 2016

3. Naa Lamiley Williams
   v. Capital Hospice and Companion Property & Casualty Insurance Company
   Record No. 0947-15-4
   Opinion rendered by Judge Humphreys on
   March 29, 2016

4. Charles Staton
   v. The Brothers Signal Company and Commonwealth Contractors Group Self-Insurance
     Association
   Record No. 1304-15-4
   Opinion rendered by Senior Judge Haley on
   April 5, 2016

5. Derek Justice Doggett
   v. Commonwealth of Virginia
   Record No. 0548-15-2
   Opinion rendered by Judge Beales on
   April 12, 2016

6. Scott Farver Morehead
   v. Commonwealth of Virginia
   Record No. 2225-14-1
   Opinion rendered by Senior Judge Felton on
   April 19, 2016

7. <u>Shawanda S. Thorne</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0701-15-1
    Opinion rendered by Judge Decker on
     April 19, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Julie A. Rubino
   v. Justin Rubino
   Record No. 0595-14-1
   Opinion rendered by Judge Humphreys
     on January 20, 2015
   Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (150277)

2. Loren Anthony Mason, Jr.
   v. Commonwealth of Virginia
   Record No. 1542-13-2
   En Banc opinion rendered by Judge Kelsey
     on February 3, 2015
   Judgment of Court of Appeals affirmed by opinion rendered
     on May 5, 2016 (150372)

3. James Rush
   v. University of Virginia Health System/Commonwealth of Virginia
   Record No. 1886-14-3
   Opinion rendered by Judge McCullough
     on March 31, 2015
   Dismissed pursuant to Code § 17.1-410(A)(2) and (B) (150760)

4. Robert Allen Wilkins
   v. Commonwealth of Virginia
   Record No. 0682-14-1
   Opinion rendered by Judge Beales
     on May 12, 2015
   Judgment of Court of Appeals affirmed by opinion rendered on
     June 2, 2016
     (151068)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. <u>Jayvon Lartay Bass</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 1442-14-2
   Memorandum opinion rendered by Senior Judge Clements on July 7, 2015
   Judgment of Court of Appeals reversed and final judgment entered in accord
   with jury verdict and sentencing order by opinion rendered on June 2, 2016
   (151163)